WALTER SCANLON, an Infant, by ELIZABETH SCANLON, His Guardian ad Litem, et al., Respondents, *v.* BERNARD TEMPLE, Appellant.

Argued May 29, 1947; decided July 2, 1947.

*James G. Purdy* and *George S. Wing* for appellant.
*Joseph C. Thomson* and *John J. McGinty* for respondents.

Judgments reversed and complaint dismissed, without costs on the ground there is no evidence of defendant's negligence. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, THACHER and DYE, JJ. Dissenting: DESMOND and FULD, JJ.